# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE Division

UNITED STATES OF AMERICA

V.

Jamaal Malik Westbrooks

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:17-cr-00328-MOC-DSC

The Defendant was found not guilty as to counts 1-3.  IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: June 1, 2018

Max O. Cogburn Jr.
United States District Judge